UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAXWELL HENRY,**<br><br>*Plaintiff*,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>*Defendants*. | Civil Action No. 1:23-cv-02585-CRC |

## JOINT NOTICE OF SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and as agreed upon by the parties in their settlement of this action, the parties hereby stipulate to dismiss this action with prejudice, each party to bear its own costs.

Date:  February 3, 2025

Respectfully submitted,

*/s/ Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
Simone Wallk (D.C. Bar No. 90028904)
American Civil Liberties Union
of the Nation's Capital
529 14th Street NW, Suite 722
Washington, D.C. 20045
Tel: (202) 601-4266
artspitzer@acludc.org
swallk@acludc.org

***Counsel for Plaintiff***

 -And-

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General

2

Civil Litigation Division

*/s/ Jonathan Berman*
JONATHAN BERMAN [445169]
Chief, Civil Litigation Division, Section III

*/s/ Elise Levy*
AARON FINKHOUSEN [1010044]
ELISE LEVY [90018007]
Assistant Attorneys General
Civil Litigation Division
400 6th Street NW
Washington, D.C. 20001
(202) 717-1248; (202) 724-6617
aaron.finkhousen@dc.gov; elise.levy@dc.gov

**Counsel for Defendant District of Columbia**

2